# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 6, 2011

Robert P. Young, Jr.,
Chief Justice

142105

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AMIRA ABOUHASSAN,
      Plaintiff-Appellant,

v

                               SC: 142105
                               COA: 291294

DETROIT BIOMEDICAL
LABORATORIES, INC.,
      Defendant-Appellee.
                               Wayne CC: 08-125921-CZ

_____/

On order of the Court, the application for leave to appeal the October 7, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 6, 2011

                                        Clerk

0330